This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CHARLES D. HOBSON,**

Petitioner-Appellant,

**v.**                                                              **No. 35,046**

**GLORIA HOBSON,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Debra Ramirez, District Judge**

Charles D. Hobson
Cedar Crest, NM

Pro Se Appellant

Gloria Hobson
Albuquerque, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. Appellant filed a memorandum in support of the proposed

disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired.

{2}    REVERSED.

{3}    **IT IS SO ORDERED.**

_____

**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**MICHAEL D. BUSTAMANTE, Judge**